```
EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 S NORFOLK ST, SUITE 350
SAN MATEO, CA 94403
(650) 577-5950
(650) 240-0123 FAX
Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

Richard Peter Hular,
       Debtor(s).

Case No. 24-30652 DM

Chapter 13

**OBJECTION TO MOTION TO DISMISS**

    I, Richard Peter Hular, debtor, file this objection to the Trustee's motion to dismiss. (docket item 19).

    I have made the delinquent $150.00 plan payment. I apologize for the delay.

    I have been working on the objection filed by the Creditor (the second lienholder on my property). I have added the Creditor to my insurance as per their request. By the date of the hearing, I will have filed an amended plan to increase payments to match the proof of claim. The new plan should address the Creditor objection, mainly the larger claim amount. The lender does not send me monthly statements so I did not know about the added fees and special costs. My plan to find investors in my company and payoff all debts including the second mortgage is still viable. The amended plan has specific short-term deadlines so there is no need to dismiss the case now without letting all parties review the new plan.

    I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 1/6/2025

/s/ Richard Peter Hular
Richard Peter Hular
Debtor

OBJECTION